U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:  Mark Gordon Gobie, Sr
         Deloris Ann Gobie

                        Chapter 13
                                       Case No. 19-60469

         Debtor(s)

## APPLICATION FOR COUNSEL FEES

COMES NOW Counsel for the Debtor(s) herein, and hereby applies for unpaid attorney's fees to be paid by the Chapter 13 Trustee as an administrative expense regarding filing the Bankruptcy case and associated tasks. Counsel for Debtor(s) certifies that the following services were or will be performed in connection with this matter:

1. Communication with Debtor;
2. Filing of pleadings, to-wit the Petition, Plan, Balance of Schedules, Non-Filer Affidavit, Amended Schedules, 1st and 2nd Amended Plans; and
3. Appearance at the hearing(s).

WHEREFORE, the Court is respectfully requested to enter an Order directing the payment of $4,000.00 to the undersigned Counsel for the Debtor(s) as an administrative expense by the Chapter 13 Trustee.

_/s/ Jennifer M. Wagoner_                          12/13/19
Jennifer M. Wagoner                                  Date
SLAYTON LAW, PLC
913 East Jefferson Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Debtor(s)

1

U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:  Mark Gordon Gobie, Sr
        Deloris Ann Gobie

Chapter 13

Case No. 19-60469

Debtor(s)

## NOTICE OF HEARING

On application of the Debtor(s) in the above-entitled case, notice is hereby given of the hearing on Debtor's Application for Counsel Fees, which is scheduled to be held on 1/16/20, at 9:30 a.m. at the U.S. Courthouse, located at Room 200, US Courthouse, 255 W. Main St., Charlottesville, VA 22902.

Jennifer M. Wagoner
SLAYTON LAW, PLC
913 East Jefferson Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Debtor(s)

12/13/19
Date

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Application and Notice was sent via first-class mail, postage prepaid, to Debtor(s) and via ECF to the Trustee on  12/13/19  .

Jennifer M. Wagoner